CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
District of Nevada
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIMON CASTILLO,<br><br>　　　　Defendant. | Case No.: 2:19-cr-00012-RFB-NJK<br><br>**Stipulation to Continue Defendant Castillo's Pretrial Revocation Hearing (First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, CHRISTOPHER LIN, Assistant United States Attorney, representing the United States of America, and BRIAN SMITH, Esq., counsel for defendant CASTILLO:

THAT THE PRETRIAL REVOCATION HEARING currently scheduled for March 25, 2021, be continued for not less than 30 days when convenient for the Court. This Stipulation is entered into for the following reasons:

　　　　1.　　　　The parties agree to this continuance;

2.	Counsel needs additional time to review discovery, to meet and confer with the defendant, and to discuss hearing strategies in this matter;

3.	Defendant is in custody and does not oppose this stipulation;

4.	This is the parties' first request for a continuance in this matter;

5.	The parties agree there are no case specific facts as to this matter where further delay would cause harm to the interests of justice. The parties agree that a continuance of the Pretrial Revocation Hearing of Supervised Release is appropriate; and

6.	This is the Third request for continuance.

DATED this 22nd day of March, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Christopher Lin
CHRISTOPHER LIN
Assistant United States Attorney

/s/ Brian Smith
BRIAN SMITH, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00012-RFB-NJK |
| Plaintiff, | **ORDER** |
| vs. | |
| SIMON CASTILLO, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant CASTILLO's Pretrial Revocation Hearing currently set for March 25, 2021, to  April 29, 2021 , 2021 at  1 : 00  p .m.

DATED this 23rd day of March, 2021.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3