CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Allison.Reese@usdoj.gov
*Attorneys for United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:19-cr-00012-RFB-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRETRIAL REVOCATION HEARING (Third Request)** |
| vs. | |
| SIMON CASTILLO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, ALLISON REESE, Assistant United States Attorney, representing the United States of America, and BRIAN SMITH, Esq., counsel for defendant SIMON CASTILLO:

THAT THE PRETRIAL REVOCATION HEARING currently scheduled for July 29, 2021, be continued for not less than sixty (60) days when convenient for the Court. This Stipulation is entered into for the following reasons:

1.    The parties agree to this continuance;

2.    Counsel needs additional time to review discovery, to meet and confer with the defendant, and to discuss hearing strategies in this matter;

3.    Defendant is in custody and does not oppose this continuance;

4. This is the parties' third request for a continuance in this matter;

5. The parties agree there are no case specific facts as to this matter where further delay would cause harm to the interests of justice. The parties agree that a continuance of the Pretrial Revocation Hearing of Supervised Release is appropriate; and

DATED this 28th day of July, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

*/s/ Brian Smith*
BRIAN SMITH
Counsel for Defendant SIMON CASTILLO

2

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

           Plaintiff,

   vs.

SIMON CASTILLO,

           Defendant.

Case No.:  2:19-cr-00012-RFB-NJK

**ORDER**

      Based on the stipulation of counsel, the Court finds that good cause exists to continue Defendant SIMON CASTILLO's Pretrial Revocation Hearing currently set for July 29, 2021, to ____October 14_____, 2021 at _9_:_00_ a.m.

      DATED this _28th_ day of July, 2021.

_____
HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE